**DISMISS; Opinion Filed March 26, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00466-CV**

**IN THE INTEREST OF J.W.C., A CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-21693-Z**

**MEMORANDUM OPINION**
Before Chief Justice Wright, Justice Lang-Miers, and Justice Lewis
Opinion by Chief Justice Wright

After reinstating this appeal on August 28, 2012, we granted appellant's request for an extension of time to file his brief and for a copy of the reporter's and clerk's record. On December 17, 2012, appellant filed a document entitled "Appellant's Initial Brief for Appeal to Terminate Parent-Child Relationship" which did not comply with the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. By letter dated February 22, 2013, we informed appellant of the specific deficiencies of the brief, and instructed him to file an amended brief within 20 days of the date of the letter. We cautioned appellant that failure to file an amended brief that complied with the Texas Rules of Appellate Procedure could result in dismissal of his appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

Instead of filing a brief that satisfied the requirements of Rule 38.1, appellant filed a fourth "Request for Documents" on March 18, 2013, reasserting a motion that this Court has considered and ruled upon in its previous Orders dated October 3, 2012, and November 20,

2012.  Accordingly, we deny appellant's motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.3(c).

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE

120466F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.W.C., A CHILD,

No. 05-12-00466-CV

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-08-21693-Z.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of the appeal.

Judgment entered March 26, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–3–